FILED

AUG 0 1 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　　　　DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-18-CR- 2193-DB (2) |
| | § | (18-MJ-05279-LS) |
| Plaintiff, | § | |
| | § | INFORMATION |
| v. | § | |
| | § | CT 1: 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), |
| MIGUEL GOMEZ (2), | § | (a)(1)(A)(ii) and (a)(1)(B)(i)- Conspiracy |
| | § | to Transport Aliens. |
| Defendant. | § | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i))

On or about July 12, 2018, in the Western District of Texas, Defendant,

**MIGUEL GOMEZ (2),**

knowingly, intentionally, and unlawfully conspired, combined, and confederated, and agreed with others known and unknown, to commit offenses against the United States, namely: to transport and move and attempt to transport and move said alien within the United States knowing and in reckless disregard of the fact that said alien had come to, entered, and remained in the United States in violation of law, said transportation being in furtherance of said violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i).

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
PATRICIA AGUAYO
Assistant U.S. Attorney
Texas Bar #24059359
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884